ACCEPTED
06-14-00008-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/20/2015 2:25:04 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00008-CR

## IN THE COURT OF APPEALS

## FOR THE SIXTH DISTRICT OF TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/20/2015 2:25:04 PM
DEBBIE AUTREY
Clerk

**MARISOL PRIEGO**
Appellant

v.

**THE STATE OF TEXAS**
Appellee

On Appeal from Cause Number 41,399-B
From the 124th Judicial District Court of Gregg County, Texas

Ebb B. Mobley, counsel for Appellant in this case, respectfully informs the Court that counsel has complied with Rule 48.4 by providing a copy of the opinion in this case to Appellant and informing Appellant of the right to file a petition for discretionary review. The Certified Mail number for confirmation is 7011 1570 0001 6360 5551

Respectfully submitted,

Ebb B. Mobley
Attorney at Law
422 North Center Street-Lower Level
P.O. Box 2309
Longview, Texas 75606
Telephone (903) 757-3331
Facsimile (903) 753-6316
ebbmob@aol.com

  /s/ Ebb B. Mobley
**EBB B. MOBLEY**
Attorney for Appellant